

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*       **MEMO ENDORSED**

October 22, 2020

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   *United States v. Chad Allen and Cameron Brewster,* **19 Cr. 833 (SHS)**

Dear Judge Stein:

   On October 13, 2020, defendant Cameron Brewster filed pretrial motions.  (Dkt. Nos. 114-116.)  On October 16, 2020, the Court permitted defendant Chad Allen to join in certain of Brewster's motions.  (Dkt. No. 118.)  The Government's opposition to Allen and Brewster's motions is currently due on October 27, 2020, and Allen's and Brewster's replies are currently due on November 10, 2020.  (Dkt. No. 90.)

   The Government respectfully requests, with Brewster's and Allen's consent, that the Government's deadline to submit its opposition to Allen and Brewster's motions be extended by one week from October 27, 2020, until November 3, 2020.  If the Court grants the Government's request, Allen and Brewster then further request, with the Government's consent, that Allen's and Brewster's deadline to submit their replies also be extended by one week from November 10, 2020, to November 17, 2020.

                 Respectfully submitted,

                 AUDREY STRAUSS
                 Acting United States Attorney for the
                 Southern District of New York

             By: *Robert B. Sobelman*
                 Kiersten A. Fletcher
                 Benet J. Kearney
                 Robert B. Sobelman
                 Assistant United States Attorneys
                 (212) 637-2238 / 2260 / 2616

Cc: Jason E. Foy, Esq. (by ECF)
    Eric Sarraga, Esq. (by ECF)
    Ryan P. Poscablo, Esq. (by ECF)
    Sandra L. Musumeci, Esq. (by ECF)

**Request granted.**

**Dated:  New York, New York**
      **October 22, 2020**

SO ORDERED

*Sidney H. Stein*

SIDNEY H. STEIN
U.S.D.J.