March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -v-

CHAD ALLEN    ,
               Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

19 -CR- 833 (SS)( )

Defendant  CHAD ALLEN  _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____ by JEF
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Chad Allen**
Print Defendant's Name

_____
Defense Counsel's Signature

**Jason E. Foy**
Print Defense Counsel's Name

This proceeding was conducted by reliable tele~~video~~conferencing technology.

__12/14/2020__
Date

_____
U.S. District Judge/~~U.S. Magistrate~~ Judge