

**105 MAIN STREET**　　　　　　　　　　　　　　　　　　　　　　　　　**30 WALL STREET**
**HACKENSACK, NJ 07601**　　　　　　　　　　　　　　　　　　　　　　　**8TH FLOOR**
TEL: 201-457-0071　　　　　　　　　　　　　　　　　　　　　　　　　NEW YORK, NY 10005
FAX: 201-457-0072　　　　　　WWW.FOYSEPLOWITZ.COM　　　　　　TEL: 212-709-8230

August 9, 2021

FILED VIA ECF

Hon. Sidney H. Stein, U.S.D.J.　　　　　　　　**MEMO ENDORSED**
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

　　　Re:　US v. Cheedie (Chad Allen) et. al
　　　　　　19 Cr. 833 (SHS)
　　　　　　Motion to Waive Appearance Pursuant to Rule 43(b)(3)

Dear Judge Stein:

Pursuant to Rule 43(b)(3), I move on behalf of my client, Chad Allen, for permission to waive his appearance for the August 10, 2021 pretrial conference at 2:00pm. Mr. Allen lives in Arizona and the financial consequences of travelling and staying in the New York area for the upcoming pretrial conference is unduly burdensome. If this application is granted, I will advise Mr. Allen of what occurs during the conference. Mr. Allen understands he has an absolute right to be present and he is voluntarily seeking permission to be excused. Alternatively, Mr. Allen is prepared to appear via telephone if preferable by the Court.

Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Eric J. Sarraga*

**ERIC J. SARRAGA**
esarraga@foyseplowitz.com


　　　cc:　Chad Allen

**The request to excuse Mr. Allen's presence from the August 10 conference is granted.**

**Dated: New York, New York**
　　　　**August 9 2021**

SO ORDERED

*Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.