

# FOY & SEPLOWITZ LLC
### attorneys at law

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

October 4, 2021

**VIA ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pear Street
New York, NY 10007

Re: *U.S. v. Cheedie, et al.*, No. 19 cr. 833 (SHS)
**Chad Allen Amended Request for Modification of Bail Conditions**

Dear Judge Stein:

We represent defendant Chad Allen in the above-captioned criminal matter. On Mr. Allen's behalf, we are respectfully requesting that the Court temporarily modify the bail conditions imposed for a limited purpose. Mr. Allen's brother-in-law recently passed away after his battle with Covid-19. Mr. Allen is requesting a modification of his bail conditions to permit travel to Las Vegas, Nevada from October 8, 2021 to October 12, 2021 to attend funeral services.

The particulars of Mr. Allen's travel were provided to his Pretrial Services Officer, Gretchen White. We have spoken to Ms. White and have confirmed that she does not oppose this application. We have also communicated with the Government regarding this application and they do not have an objection.

Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

JASON E. FOY
jfoy@foyseplowitz.com

**Defendant's request to travel is granted.**

Dated: New York, New York
October 4, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.