

# FOY & SEPLOWITZ
### attorneys at law

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

May 9, 2022

**VIA ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  *U.S. v. Cheedie, et al.,* No. 19 cr. 833 (SHS)
     Chad Allen Adjournment Request

Dear Judge Stein:

We represent defendant Chad Allen in the above-captioned criminal matter that is currently scheduled for sentencing on June 6, 2022. On Mr. Allen's behalf, we are respectfully requesting a 90-day adjournment with the consent of the Government. On June 6, 2022, I am scheduled to begin a murder trial for an incarcerated client in the Bronx County Supreme Court. Additionally, an adjournment is necessary to allow more time for our mitigation expert to complete her investigation and mitigation report.

This is the first request to adjourn sentencing.

Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

JASON E. FOY
jfoy@foyseplowitz.com

**The sentencing is adjourned to September 6, 2022, at 4:00 p.m. The defense submissions are due by August 16, 2022, the government submissions are due by August 23, 2022.**

Dated: New York, New York
       May 10, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.