UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,         :      19-Cr-833 (SHS)

       -v-                               :      ORDER

CHAD ALLEN,                                    :

       Defendant.                       :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that Mr. Allen's sentencing date is adjourned to September 15, 2022, at 11:00 a.m.

Dated: New York, New York
       August 31, 2022

                                    SO ORDERED:

                                    Sidney H. Stein, U.S.D.J.