

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2022

**BY ECF**

## MEMO ENDORSED

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Chad Allen*, **19 Cr. 833 (SHS)**

Dear Judge Stein:

    The Government respectfully submits this letter to request that the Court extend the deadline for submitting the restitution order in the above-captioned matter to November 18, 2022. The defense consents to this request.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                             By: _____
                                  Kiersten A. Fletcher
                                  Robert B. Sobelman
                                  Sheb Swett
                                  Assistant United States Attorneys
                                  (212) 637-2238 / 2616 / 6522

Cc: Counsel (by ECF)

**The request is granted.**

**Dated: New York, New York**
       **November 14, 2022**

                                  **SO ORDERED:**

                                _____
                                Sidney H. Stein, U.S.D.J.