UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                Judgment Creditor,

v.

CHAD ALLEN,
                Judgment Debtor.

19 CR 00833 (SHS)

**STIPULATION AND ORDER FOR VOLUNTARY ASSIGNMENT OF EARNINGS**

WHEREAS, on July 5, 2023, the United States of America obtained a judgment against the judgment debtor, CHAD ALLEN, in the amount of $3,500,000.00, for which the outstanding balance is $4,919,536.00, and the parties have agreed to voluntary automatic deduction of 10% per pay period from CHAD ALLEN's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that CHAD ALLEN's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of CHAD ALLEN's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for CHAD ALLEN, 19 CR 00833.

Dated: January 7, 2025
       New York, New York

_____
CHAD ALLEN
*Judgment Debtor*

January 23, 2025
SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DAMIAN WILLIAMS
United States Attorney

_____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712